

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Greenbelt

| | |
|---|---|
| In Re: | : |
| | : |
| MINH VU HOANG | : Case No.  05-21078-TJC |
| THANH HOANG | : Case No.  05-25738-TJC |
| | :        (Chapter 7) |
| Debtor | : (Jointly Administered Under |
| | :     No.  05-21078-TJC) |
| _____ | : |
| | : |
| GARY A. ROSEN, CHAPTER 7 TRUSTEE | : |
| FOR MINH VU HOANG AND THANH HOANG | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : Adversary Proceeding |
| | :    No. 08-00836 |
| SIBELIUS, LLC | : |
| EDITH D. PURDIE | : |
| CONCORD HOUSE CONDOMINIUM | : |
| | : |
| Defendants | : |

**ORDER ENTERING JUDGMENT BY DEFAULT AGAINST DEFENDANTS
SIBELIUS, LLC AND CONCORD HOUSE CONDOMINIUM
<u>AND BY CONSENT AGAINST EDITH PURDIE</u>**

Upon the Plaintiff's *Verified Application for Entry of Default* heretofore filed herein, and it appearing to the Court that notwithstanding that the Defendants Sibelius, LLC, Edith Purdie and Concord House Condominiumn were served with a copy of the *Complaint* and the *Summons and Notice of Pre-Trial Conference* as appears by reference to the *Certificate of Service* heretofore filed herein, said Defendants Sibelius, LLC and Concord House Condominium having failed to respond to said *Complaint* and *Summons* or otherwise to enter an appearance herein and the Defendant Edith Purdie having consented to the relief requested; and it further;

APPEARING that on July 31, 2009, the Clerk of this Court entered a default as to the Sibelius, LLC and Concord House Condominium; and it further

APPEARING that the entry of judgment by default against the Defendants Sibelius, LLC and Concord House Condominium is appropriate pursuant to Federal Rule 55(b)(2) (made applicable to these proceedings by Bankruptcy Rule 7055); and it further

APPEARING that Edith Purdie consents to the relief requested.

Upon careful consideration of the foregoing, it is therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that judgment by default against the Defendants Sibelius, LLC and Concord House Condominium be, and the same hereby is, GRANTED; and it is further

ORDERED, that judgment by consent against Edith Purdie is granted; and it is further

ORDERED that the real property located, known and designated as 10850 Green Mountain Circle, Unit 416, Columbia, MD 21044 be, and the same hereby is, DECLARED to be the lawful property of the Trustee and the Bankruptcy Estates herein; and it is further

ORDERED that a constructive trust be, and the same hereby is, IMPOSED upon 10850

Green Mountain Circle, Unit 416, Columbia, MD 21044 for the exclusive benefit of the Trustee and the Bankruptcy Estates herein; and it is further

ORDERED that the Defendants Sibelius, LLC, Concord House Condominium and Edith Purdie be, and they hereby are, ADJUDGED and DECLARED to be without any legal right, title or interest in 10850 Green Mountain Circle, Unit 416, Columbia, MD 21044; and it is further

ORDERED that the Plaintiff/Trustee be, and he hereby is, ADJUDGED and DECLARED to be entitled to all dominion and control over 10850 Green Mountain Circle, Unit 416, Columbia, MD 21044; and it is further

ORDERED that the Defendants Sibelius, LLC and Edith Purdie and all persons acting in concert or cooperation with them, deliver and turnover to Gary A. Rosen, Trustee, all of the right, title and interest of Sibelius, LLC and Edith Purdie in and to 10850 Green Mountain Circle, Unit 416, Columbia, MD 21044 including, *inter alia*, the execution and delivery to Gary A. Rosen, Trustee, of a good and sufficient Deed to 10850 Green Mountain Circle, Unit 416, Columbia, MD 21044 in form and content sufficient to effect change of record title thereto among the Land Records of Howard County, Maryland; and it is further

ORDERED that the Defendants Sibelius, LLC, Concord House Condominium and Edith Purdie, and all persons acting in cooperation with them be, and they hereby are, PERMANENTLY ENJOINED from taking any action to hinder, instruct, impede or otherwise frustrate the Trustee in his management of 10850 Green Mountain Circle, Unit 416, Columbia, MD 21044 and the marketing and sale of 10850 Green Mountain Circle, Unit 416, Columbia, MD 21044.

**END OF ORDER**